# Court of Appeals of the State of Georgia

ATLANTA,  May 19, 2026

*The Court of Appeals hereby passes the following order:*

### A26D0508. ROBERTS/HEYWOOD PROPERTY v. RAYONIER FOREST RESOURCES, LP.

In this property action, Roberts/Heywood Property and Joseph Roberts ("Roberts") sued Rayonier Forest Resources, LP ("Rayonier"). Rayonier filed a motion to dismiss, asserting that neither Roberts/Heywood Property nor Roberts had standing. The trial court subsequently allowed 60 days for a proper party plaintiff to enter the case. After no proper party plaintiff was substituted in the case, Rayonier filed a renewed motion to dismiss the action, which the trial court granted after finding "Roberts/Heywood Property" is not a natural person, artificial person, or quasi-artificial person capable of bringing suit and Roberts is not the owner of the property. Roberts then filed a pro se application for discretionary appeal in the Supreme Court of Georgia, which transferred the case to this Court. See Case No. S26D1090 (Apr. 16, 2026).

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." Here, the trial court's dismissal constituted a final judgment, and thus the order is subject to direct appeal.

Under OCGA § 5-6-35(j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Roberts shall have ten days from the date of this order to file a notice of appeal in the superior court. See OCGA § 5-6-35(g). If he

already has filed a notice of appeal in the superior court, then he need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,__05/19/2026_____*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*